IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 27, 2008

Charles R. Fulbruge III
Clerk

No. 07-20243

BANK OF LOUISIANA

Plaintiff - Appellant -
Cross-Appellee

v.

CRAIG'S STORES OF TEXAS INC; ROBERT GROSSMAN

Defendants-Appellees-
Cross-Appellants

MICHAEL N MILBY, Clerk of Court for the United States District Court,
Southern District of Texas, Houston Division

Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Texas

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

Bank of Louisiana appeals from the district court's judgment dismissing

its claims as time-barred and ordering that funds held in the court's registry be

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

disbursed to the original depositor, Craig's Stores of Texas, Inc.  For the reasons stated in the district court's opinion, we AFFIRM the judgment.  The motion for sanctions filed by Craig's Stores of Texas, Inc. is DENIED.